**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Arlene MARTINEZ, Defendant-Appellant.**

No. 16-10324

United States Court of Appeals, Ninth Circuit.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted May 8, 2017 *

Filed May 11, 2017

Robert Lally Miskell, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Thomas Scott Hartzell, Attorney, T.S. Hartzell, Attorney at Law, Tucson, AZ, for Defendant-Appellant

Before: REINHARDT, LEAVY, and NGUYEN, Circuit Judges.

## MEMORANDUM **

Arlene Martinez appeals from the district court's order denying her motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Martinez contends that the district court abused its discretion by denying her motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. The district court properly interpreted and applied U.S.S.G. § 1B1.10 in considering Martinez's motion and did not abuse its discretion by denying Martinez a sentence reduction based on her criminal history, her role in the offense, and her post-offense conduct. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Dunn*, 728 F.3d 1151, 1155 (9th Cir. 2013). Contrary to Martinez's contention, the district court adequately explained its determination that a reduction was unwarranted. *See United States v. Trujillo*, 713 F.3d 1003, 1010 (9th Cir. 2013).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

